# EXHIBIT 1

# EXHIBIT 1



# EXHIBIT 2

# EXHIBIT 2

 

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List     Next on List     Return To List           Entity Name Search
Events               No Name History                           Submit

# Detail by Entity Name

## Florida Profit Corporation
VANNIX COMMUNICATIONS GROUP, INC.

## Filing Information

| | |
|---|---|
| Document Number | P03000108329 |
| FEI/EIN Number | 371478200 |
| Date Filed | 10/02/2003 |
| State | FL |
| Status | INACTIVE |
| Last Event | ADMIN DISSOLUTION FOR ANNUAL REPORT |
| Event Date Filed | 09/14/2007 |
| Event Effective Date | NONE |

## Principal Address

1438 WASHINGTON AVENUE
MIAMI BEACH FL 33139

## Mailing Address

P.O. BOX 191592
MIAMI BEACH FL 33139

## Registered Agent Name & Address

NIXON, ABBY
1438 WASHINGTON AVENUE
#1
MIAMI BEACH FL 33139 US

## Officer/Director Detail

**Name & Address**

Title CEOP

NIXON, ABBY
1438 WASHINGTON AVE
MIAMI FL 33139

## Annual Reports

| Report Year | Filed Date |
|---|---|
| 2004 | 05/27/2004 |
| 2005 | 05/01/2005 |
| 2006 | 04/30/2006 |

## Document Images

| | |
|---|---|
| 04/30/2006 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2005 -- ANNUAL REPORT | View image in PDF format |
| 05/27/2004 -- ANNUAL REPORT | View image in PDF format |
| 10/02/2003 -- Domestic Profit | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List                                    Entity Name Search

Events    **No Name History**                                                         Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State

# EXHIBIT 3

# EXHIBIT 3

Case 2:10-cv-01035-KJD-RJJ Document 1-6 Filed 06/25/10 Page 7 of 14

**reviewjournal.com**



Powered by Clickability

Mar. 12, 2010
Copyright © Las Vegas Review-Journal

# Eve, The Nightclub, at CityCenter inspired by actress Eva Longoria Parker

By JOHN PRZYBYS
LAS VEGAS REVIEW-JOURNAL

Nightclub themes can be inspired by all sorts of things, from societal trends to music genres to geographical locations.

But, as its name implies, Eve The Nightclub, located in Crystals at CityCenter, is inspired by a person: actress Eva Longoria Parker, a partner in the enterprise that opened its doors late last year.

And make no mistake, Mali Nachum says: It's Parker's sensibilities -- sophisticated and sexy, yet fun -- that infuse the club.

"This is literally her baby," explains co-partner Nachum. Parker helped to design the club and choose its amenities and remains, even now, involved in "day-to-day decision-making."

"I think what's so exciting about Eve is that it's so much about the people who are behind it," she says.

Eve is "intimate," Nachum says -- about 8,000 square feet, with a capacity of about 800 -- but not claustrophobic, thanks largely to an airy layout and floor-to-ceiling windows that look out onto Aria's fountains.

"So, the first thing that strikes you as you go into Eve is, it's a beautiful nightclub with views," Nachum says.

"I think that's why so many people come again and again, because it has that coziness, but also that sexiness."

There's a dance floor, crystal chandeliers that change colors, state-of-the-art sound and lighting systems, and wide-screen video screens that surround the dance floor.

Throughout the night, visitors also can see "surprise elements," such as a disco ball that descends out of the ceiling or "dancers (who) come out of the ceiling with hoops and do some amazing aerialist shows," Nachum says.

Eve is "very much all about Eva," Nachum adds, both "stylish and elegant," and offering "that wild nightclub (feel) with a classy interior. And it's not too big or too small, so people have a great time."

Eve also hosts special events, from celebrity guest appearances to fashion shows to events such as

an American Red Cross fundraiser recently for Chilean earthquake relief.

It's a safe bet that Eve, and Parker, will continue to host such charitable undertakings, Nachum adds, because philanthropy is "such a huge part of her life."

Meanwhile, thanks to the neighboring Beso restaurant -- also a creation of Parker, in association with Chef Todd English -- guests even can make a night out of their visit to Eve.

"You can have a wonderful meal, then just go upstairs to the club," Nachum says. "And every one of our restaurant guests is welcome with no admission to go to the club, so you can have a whole night out."

Eve is designed to offer Las Vegans a sophisticated, classy, sexy clubbing option, Nachum said, and "I think the fact that we are part of this amazing project on the Strip, CityCenter, is exciting by itself."

Eve, located on the second level of the Crystals retail and entertainment shops at CityCenter, opens at 10:30 p.m. Wednesdays, Fridays and Saturdays. Locals are admitted free on Wednesdays, but admission is $30 for men and $20 for women otherwise.

For more information, call 227-3838.

Contact reporter John Przybys at jprzybys@ reviewjournal.com or 702-383-0280.

**Find this article at:**
http://www.lvrj.com/neon/style-and-elegance-87444722.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 4

# EXHIBIT 4

| Home Services | vSpot | Flights | Hotels | Hostel | Car Rental | Cruises | Destination | About |

05/11/2010

**Navigation**
- · FAQ
- · Contact Us
- · Discussion Forum
- · Search

- · vPhotoGallery
- · Photogallery
- · VanityTV

**Latest News**
*Sunday, 09 May 2010* - South African Airways, JetBlue to cooperate on flights via JFK

Eve, The Nightclub, at CityCenter inspired by actress Eva Longoria Parker

Tell-A-Friend ✓

 

- talk About it: (Discussion Forum):
- Blog About it:
- Submit your own Story/Article:
- Submit News:
- Submit Photos:

**Login**
Username
Password
Login

Not a member yet?
Click here to register.

Forgotten your password?
Request a new one here.

**Advertising**

**Latest Articles**
· Tokyo Fashion News
· St. Kitts and Nevis...
· Destination: Shangha...
· Your Next Virgin Ame...
· Sitting Up Front: Th...

**Blogs**
 » Mayweather vs Mos...
» How Thailand is b...
» New Pai family Ad...

**Latest Media**
› Go Kayaking in the ...
› Mihingo Lodge Uganda
› Aureole Restaurant ...

## Eve, The Nightclub, at CityCenter inspired by actress Eva Longoria Parker

By JOHN PRZYBYS
LAS VEGAS REVIEW-JOURNAL

Nightclub themes can be inspired by all sorts of things, from societal trends to music genres to geographical locations.





But, as its name implies, **Eve The Nightclub**, located in **Crystals at CityCenter**, is inspired by a person: actress Eva Longoria Parker, a partner in the enterprise that opened its doors late last year.

And make no mistake, Mali Nachum says: It's Parker's sensibilities -- sophisticated and sexy, yet fun -- that infuse the club.

"This is literally her baby," explains co-partner Nachum. Parker helped to design the club and choose its amenities and remains, even now, involved in "day-to-day decision-making."

"I think what's so exciting about Eve is that it's so much about the people who are behind it," she says.

Eve is "intimate," Nachum says -- about 8,000 square feet, with a capacity of about 800 -- but not claustrophobic, thanks largely to an airy layout and floor-to-ceiling windows that look out onto Aria's fountains.

"So, the first thing that strikes you as you go into Eve is, it's a beautiful nightclub with views," Nachum says.

**Advertisement Statistics**
Bookmark This
Share This

Become a Facebook Fan
Follow us on Twitter
Sign up for our newsletter
Email this to a friend

**Articles Cloud**
Three Vacations That Will Help Sandra Bullock Get Her Groove Back, Are You the Ugly American?, A Sri Lanka Holiday In Galle Staying At The Amangalla, Birmingham: What To See And Do In The Centre Of The Midlands, Birmingham, Northern Vietnam: My Son Sanctuary and Bach Ma National Park, Sex, Drugs and Changing Times in Amsterdam, Poker Terminolog, Summit In Sydney



Case 2:10-cv-01035-KJD-RJJ   Document 1-1   Filed 06/25/10   Page 11 of 14

"I think that's why so many people come again and again, because it has that coziness, but also that sexiness."

There's a dance floor, crystal chandeliers that change colors, state-of-the-art sound and lighting systems, and wide-screen video screens that surround the dance floor.

Throughout the night, visitors also can see "surprise elements," such as a disco ball that descends out of the ceiling or "dancers (who) come out of the ceiling with hoops and do some amazing aerialist shows," Nachum says.

Eve is "very much all about Eva," Nachum adds, both "stylish and elegant," and offering "that wild nightclub (feel) with a classy interior. And it's not too big or too small, so people have a great time."

Eve also hosts special events, from celebrity guest appearances to fashion shows to events such as an American Red Cross fundraiser recently for Chilean earthquake relief.

It's a safe bet that Eve, and Parker, will continue to host such charitable undertakings, Nachum adds, because philanthropy is "such a huge part of her life."

Meanwhile, thanks to the neighboring Beso restaurant -- also a creation of Parker, in association with Chef Todd English -- guests even can make a night out of their visit to Eve.

"You can have a wonderful meal, then just go upstairs to the club," Nachum says. "And every one of our restaurant guests is welcome with no admission to go to the club, so you can have a whole night out."

Eve is designed to offer Las Vegans a sophisticated, classy, sexy clubbing option, Nachum said, and "I think the fact that we are part of this amazing project on the Strip, CityCenter, is exciting by itself."

Eve, located on the second level of the Crystals retail and entertainment shops at CityCenter, opens at 10:30 p.m. Wednesdays, Fridays and Saturdays. Locals are admitted free on Wednesdays, but admission is $30 for men and $20 for women otherwise.

For more information, call 227-3838.

< back to original page

Prices and other information were accurate at press time, but are subject to change. Please confirm details with individual establishments before planning your trip.

· Posted by vanity6 on March 17 2010 · 0 Comments · 26 Reads ·

Share this Article

SHARE

| | |
|---|---|
| URL: | http://www.vanitytours.com/v/articles.php?article_id=2414 |
| BBcode: | [url=http://www.vanitytours.com/v/articles.php?article_id=2414]Eve, The Nightclub, at CityCenter inspired by actre |
| HTML: | <a href="http://www.vanitytours.com/v/articles.php?article_id=2414">Eve, The Nightclub, at CityCenter inspired b |

Comments
No Comments have been Posted.
Post Comment
Please Login to Post a Comment.
Ratings

Rating is available to Members only.

Please login or register to vote.

No Ratings have been Posted.

Related Articles
· Celebrity patrons separate Pure from ...

· Osaka Roppongi Nightlife and Best Nig...

· Trying to Make Sense of Las Vegas's C...

- CityCenter wow-inspiring

Render time: 1.58 seconds     626,071 unique visits

Copyright © 2000-2010 Vanitytours.com All rights reserved © Designed by V Creative Agency

Powered by PHP-Fusion copyright © 2002 - 2010 by Nick Jones.
Released as free software without warranties under GNU Affero GPL v3.

# EXHIBIT 5

# EXHIBIT 5

```
Type of Work:       Text

Registration Number / Date:
                    TX0007153919 / 2010-06-10

Application Title:  Eve, The Nightclub, at CityCenter inspired by actress Eva
                    Longoria Parker.

Title:              Eve, The Nightclub, at CityCenter inspired by actress Eva
                    Longoria Parker.

Description:        Electronic file (eService)

Copyright Claimant:
                    Righthaven LLC, Transfer: By written agreement.

Date of Creation:   2010

Date of Publication:
                    2010-03-12

Nation of First Publication:
                    United States

Authorship on Application:
                    Stephens Media LLC, employer for hire; Domicile: United
                       States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                    Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                       Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                       States, (702) 527-5900, dbrownell@righthaven.com

Names:              Stephens Media LLC
                    Righthaven LLC

================================================================================
```