UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

Righthaven, LLC,

        Plaintiff(s),

vs.

Vannix Communications Group, Inc., et al.

        Defendant(s).

**ORDER**
2:10-cv-01035-KJD -RJJ

### DISMISSAL BY COURT FOR WANT OF PROSECUTION

It appearing to the Court that this action has been pending in this Court for more than nine (9) months without any action having been taken therein during such period; now therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above entitled action be, and hereby is, dismissed without prejudice for want of prosecution pursuant to the provisions of LR 41-1.

DATED this 20th day of July 2012.

_____
Kent J. Dawson
United States District Judge